

I am requesting a copy of my docket sheet, statement of facts, and judgement of commitment. Thank you!

Sincerely,

Jesse Lockhart