# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

REBECCA BEACH SMITH  
CHIEF JUDGE

April 23, 2018

Jesse Lockhart, #90595-083  
FCI Hazelton  
Federal Correctional Institution  
P.O. Box 5000  
Bruceton Mills, WV 26525

RE: USA v. Jesse Lockhart  
4:17cr2

Dear Mr. Lockhart,

The Clerk's Office is in receipt of your letter. Included with this letter is a courtesy copy of your docket sheet. Please note that any copies of the docket sheet requested in the future will be at a fee.

Page counts for the other documents you requested are listed below.

| | |
|---|---|
| Judgment: | 6 pages |
| Statement of Facts: | 7 pages |

The fee for documents is $0.10 (ten cents) per page. If you wish to purchase copies of any other documents, payment by check or money order should be made payable to Clerk, U.S. District Court, and mailed to this office along with the written request.

Sincerely,

/s/  
Fernando Galindo, Clerk  
By: Deputy Clerk